UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re: BRIAN J. AND KIM M. STRUFFOLINO

Case No. 18-10434
Chapter 13

Debtor(s).

# LOSS MITIGATION STATUS REPORT

This Loss Mitigation Status Report is submitted pursuant to the court's Loss Mitigation Program Procedures.

## PART I — GENERAL INFORMATION

a. Full description of the Property:
208 Shirlwood Drive, Schenectady, Y 12306

b. Name and address of Creditor:
Specialized Loan Servicing, LLC
8742 Lucent Blvd., Ste. 300
Highlands Ranch, CO 80129

Has Creditor filed a proof of claim?

✔ Yes      No

Name, address, and telephone number of Creditor's attorney:
McCAbe, Weisberg & Conway, LLC
Melissa DiCerbo, Esq.
145 Huguenot Street
New Rochelle, NY 10801
914-636-8900

(LM:08 Loss Mitigation Status Report rev. 03-15-2016)

## PART II — LOSS MITIGATION PROGRAM

a. On 08/17/2018 , a Loss Mitigation Request was filed by:

   ✔ Debtor(s).         Other party: _____.

   ☐ Creditor.         ☐ The court raised the possibility of Loss Mitigation.

b. Loss Mitigation Order:

   ✔ A Loss Mitigation Order was entered on 09/04/2018 .

   ☐ The Loss Mitigation Order was served on 09/17/2018 .

c. At this time, the Debtor(s) is/are:

   ✔ making on-going post-petition monthly mortgage payments in the amount of $ 450.00

      ☐ directly to the Creditor.

      ✔ to the standing trustee.

   ☐ not making on-going post-petition monthly mortgage payments.

d. If the underlying bankruptcy case is one filed under chapter 12 or 13, has a plan been confirmed?

      ☐ Yes  ✔ No

e. Creditor served a Request for Information and Documents on 09/10/2018 .

   Debtor(s) served a Response to the Creditor's Request on 01/21/2019.

   ☐ All Information and Documents have been produced.

   ✔ The following Information and Documents are still outstanding:

   The last communication that was received for missing documents was for the debtors tax returns.  They have still not been provided by the debtors.  Correspondence sent to debtors .

f. Debtor(s) served a Request for Information and Documents on _____.

   Creditor served a Response to the Debtor(s)' Request on _____.

   ☐ All Information and Documents have been produced.

   ☐ The following Information and Documents are still outstanding:

   _____

   _____.

g. The Loss Mitigation Parties have participated in <u>4</u> Loss Mitigation Session(s) and:

    ☐ A resolution has been reached.

    ✔ A resolution has not been reached because:

    <u>Debtors still need to provide documentation.  Recent correspondence has been sent to</u>

    <u>the debtors requesting same.</u>                                                                                           .

h. Prior Loss Mitigation Status Report (if applicable):

    A Prior Loss Mitigation Status Report was submitted on <u>10/29/2018</u>.

    A Prior Loss Mitigation Status Report was submitted on _____.

    A Prior Loss Mitigation Status Report was submitted on _____.

i. Additional information relevant to the Loss Mitigation Parties reaching a final resolution:

    _____

    _____

    _____

    _____.

## PART III — OTHER MORTGAGES/LIENS AGAINST THE PROPERTY

_____
_____
_____

Dated: 07/18/2019

/s/ Kristie H. Hanson
Name Kristie H. Hanson
Firm   Hanson Law Firm, P.C.
Attorney(s) for Debtor(s)/Creditor
Address  1801 Altamont Avenue, Schenectady, NY 12303
Telephone Number 518-355-4525
Email Address kristie@hansonlawonline.com
N.D.N.Y. Bar Roll Identification No. 105049

(LM:08 Loss Mitigation Status Report rev. 03-15-2016)