LAW OFFICES
# McCABE, WEISBERG & CONWAY, LLC

| SUITE 210<br>145 HUGUENOT STREET<br>NEW ROCHELLE, NY 10801<br>(914)-636-8900<br>**GENERAL FAX** (914) 636-8901<br>**MEDIATION ONLY FAX** (855) 427-1278 | Melissa A. Sposato, NY Managing Attorney<br>NY ID 4098323 | SUITE 2S09<br>1 HUNTINGTON QUADRANGLE<br>MELVILLE, NY 11747<br>(631) 812-4084<br>FAX: (855) 845-2584 |
|---|---|---|

December 11, 2019

Judge Robert E. Littlefield Jr.
U.S. Bankruptcy Court
Northern District of New York
James T. Foley United States Courthouse
445 Broadway, Suite 330
Albany , New York 12207

Re:         Brian Struffolino and Kim Struffolino
Case No.   18-10434-1-rel
            Status Report

Dear Judge Robert E. Littlefield Jr.:

The office of McCabe, Weisberg & Conway, P.C. represents Specialized Loan Servicing LLC in the instant loss mitigation proceeding. Please allow this letter to serve as a loss mitigation status report.

We received a denial letter from our client on August 29, 2019 and immediately forwarded same to the Debtor's attorney's office via email. Debtor's attorney acknowledged receipt of this information. Our office advised the Debtor's attorney on October 16, 2019 that the appeal must be in writing. We received the appeal letter dated December 1, 2019 from the Debtor's attorney. We forwarded same to our client who confirmed receipt of same. The appeal is currently under review. As soon as we have a decision rendered regarding the appeal, we will advise the Debtor's attorney of same.

Thank you for your time and attention herein.

Very truly yours,

/s/ Melissa DiCerbo, Esq.
Melissa DiCerbo, Esquire

cc:     Christiaan M. Van Niekerk
        via email: christiaan@mvnlaw.com