# United States Bankruptcy Court
## Northern District of New York (<u>Albany & Syracuse Divisions</u>)

**<u>Adjournment Request/Withdrawal/Settlement Notification of Loss Mitigation Status Conferences; Related Motions for Relief from Stay and/or Confirmation Hearings ONLY</u>**

Case Name: Brian J Struffolino and Kim M Struffolino

Case No.: 18-10434-1-rel                    Division: Albany

    Adjournment Request: Loss Mitigation Request at Docket No.: <u>20</u>
    Adjournment Request: Related Motion for Relief from Stay at Docket No.: _____
    Adjournment Request: Confirmation Hearing at Docket No.: _____

    Reason for Adjournment Request:

        ☐ Parties are still exchanging documents and explanatory Status Report has been filed.
        ☐ Creditor has deemed package complete and is reviewing documents.
        ☐ Trial modification offered and waiting for debtor(s) approval.
        ☐ Parties have entered into a trial modification.
        ☐ Parties are finalizing documentation for final modification and order.
        ☐ A motion to approve a loan modification has been filed and is returnable on _____.
        ✓ Other: (Please Explain) <u>Waiting for a decision regarding appeal</u> _____.

    Date Loss Mitigation Order Filed: <u>9/4/2018</u>

    Notification of Withdrawal of Loss Mitigation Request at Docket No.: _____
    Notification of Settlement or Approval of Loan Modification at Docket No.: _____,
    mooting out the need for a status hearing.

Current Conference Date: <u>1/6/2020</u>        Requested Adjourned Date: <u>2/10/2020</u>

Requesting Attorney's Name, Office Address, Phone <u>and</u> Email Address:
Melissa S. DiCerbo, Esquire, McCabe, Weisberg & Conway, LLC
Suite 210, 145 Huguenot Street, New Rochelle, NY 10801 mdicerbo@mwc-law.com 914-636-8900
Consent of Loss Mitigation Parties Obtained? ✓ Yes    No
In a Chapter 13 case, Trustee notified of Adjournment Request?    Yes    No

**Absent compelling reasons, adjournments will not be granted without the consent of all parties**. **If your request is denied, you will be notified by Chambers.**

This Form Must Be E-Filed By **2 p.m. on the Day Prior to the Conference/Hearings** and **Be Linked** to the related Loss Mitigation Request, Motion for Relief from Stay/Confirmation (if applicable).

**REMINDER: You Must File a Status Report (7) Seven Days Prior to Your Initial Conference Even if the First Scheduled Conference Was Adjourned.**

(LM:16A Adj. Req. 01-12-2017)